THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER JONES-ALLEY, | CASE NO. C19-0708-JCC |
| Plaintiff, | ORDER |
| v. | |
| MTGLQ INVESTORS LP, and SELENE FINANCE LP, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for extension of time to file a response in opposition (Dkt. No. 9) to Defendants' motion to dismiss (Dkt. No. 5). On May 13, 2019, Plaintiff filed this lawsuit alleging various claims against Defendants arising from a mortgage she obtained in 2007. (*See generally* Dkt. No. 1.) On June 4, 2019, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 5.) On June 17, 2019, Plaintiff filed a motion for extension of time to file an opposition to Defendants' motion to dismiss, which seeks an additional 15 days to respond. (Dkt. No. 9 at 2.) Defendants do not oppose the motion.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Plaintiff's motion for an

extension of time was timely filed, and demonstrates good cause warranting additional time to respond. (*See* Dkt. No. 9.) Therefore, Plaintiff's motion for extension time to respond (Dkt. No. 9) to Defendants' motion to dismiss (Dkt. No. 5) is GRANTED. Plaintiff shall file her opposition to Defendants' motion to dismiss no later than July 15, 2019. Defendants may file a reply no later than July 19, 2019. The Clerk is DIRECTED to re-note Defendants' motion to dismiss to July 19, 2019.

DATED this 2nd day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE